UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------

Innovative Sports Management, Inc. d/b/a Integrated Sports Media,

                              Plaintiff,

-against-

JUAN PABLO LA MADRID and JANET MARGOT CAMPOS, Individually, and as officers, directors, shareholders and/or principals of INCA GAUCHO CORPORATION, d/b/a INCA & GAUCHO,

And

INCA GAUCHO CORPORATION, d/b/a INCA & GAUCHO,

Defendants.

-----------------------------------------------------------------------

**ORDER OF DISMISSAL**

Civil Action No.
7:19-CV-00937-NSR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/19/2021__

      Considering the Notice of Voluntary Dismissal by the Parties filed in the instant action, it is hereby

      **ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(1), the instant action is hereby dismissed without prejudice and without costs to either party, and with each party to bear its own costs.

Dated: July 19, 2021

      White Plains, NY

                                                      HON. NELSON S. ROMAN
                                                      UNITED STATES DISTRICT JUDGE